S. TOWNSEND PECKHAM, Appellant, *v.* THE MANHATTAN LIFE INSURANCE COMPANY, Impleaded, etc., Respondent.

(Submitted December 5, 1889; decided December 20, 1889.)

APPEAL from order of the General Term of the Supreme Court in the first judicial department, entered upon an order made June 9, 1885, which affirmed a judgment sustaining a demurrer to plaintiff's complaint, entered upon an order of Special Term.

*John W. Boyle* for appellant.

*James Otis Hoyt* for respondent.

Agree to affirm ; no opinion.
All concur.
Judgment affirmed.